**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELTA STEEL CONSTRUCTION, INC., et. al., <br><br> Defendants. | CASE NO. 2:24-mc-00085-WBS-CKD <br><br> **ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |

Having read and considered the Request for Service of Process by Registered Process Server filed by Plaintiffs, the BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS

APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, and BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and it appearing that good cause exists to grant relief requested, it is hereby ORDERED that Janney & Janney is hereby authorized to serve legal process in this matter including writ of execution. The U.S. Marshals Service shall remain the levying officer.

Dated:  March 19, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,delt.0085